PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS JEFFREY ADAMSON, <br><br> Defendants. | CASE NO. 1:13-MJ-00236 SAB <br><br> MOTION TO DISMISS CRIMINAL COMPLAINT |

The United States of America hereby applies to this Court for an order pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss a criminal complaint filed on November 8, 2013, in case number 1:13-MJ-00236 SAB, which was subsequently merged into case number 1:16-CR-00073 LJO SKO. The conduct alleged in the criminal complaint was not charged in the indictment filed on May 12, 2016, and therefore, the United States of America moves to dismiss the criminal complaint without prejudice, in the interests of justice.

Defendant Adamson should remain detained on the indictment filed in 1:16-CR-00073 based on the court's detention order entered on May 3, 2016.

Dated: June 15, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

Motion to Dismiss                          1

PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-MJ-00236 SAB |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING CRIMINAL COMPLAINT |
| DENNIS JEFFREY ADAMSON, | |
| Defendants. | |

IT IS HEREBY ORDERED that the criminal complaint filed on November 8, 2013 shall be dismissed without prejudice and that the defendant shall remain detained on the indictment filed on May 12, 2016.

IT IS SO ORDERED.

Dated: **June 22, 2016**            /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

Motion to Dismiss                           2